| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 7/31/2020 |

LIBERTY HIGHRISE PVT. LTD.,

                Plaintiff,

      v.

PRAXIS ENERGY AGENTS DMCC, and
PRAXIS ENERGY AGENTS PTE LTD.

                Defendants.

20-CV-2427 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      Plaintiff Liberty Highrise Pvt. Ltd. filed a complaint on March 19, 2020 against Defendants Praxis Energy Agents DMCC ("Praxis Dubai") and Praxis Energy Agents Pte Ltd. ("Praxis Singapore"), alleging breach of a maritime contract. Dkt. 1. On March 23, the Clerk of Court issued summons as to both Defendants. Dkts. 6-7. On March 24, Plaintiff filed a motion for issuance of a letter rogatory to the Supreme Court of Singapore requesting an order for service of process on Defendant Praxis Singapore. Dkt 8. Plaintiff did not seek a motion for issuance of a letter rogatory with respect to Defendant Praxis Dubai. On April 20, 2020, the Court denied the motion and directed Plaintiff to attempt service pursuant to one of the methods outlined in Federal Rule of Civil Procedure 4(f)(2) and the Singapore Rules of Court. Dkt. 10.

      On July 27, 2020, Plaintiff filed a declaration stating that it served Defendant Praxis Singapore on July 16, 2020, but that it has not yet served Defendant Praxis Dubai, which Plaintiff alleges has relocated to Greece. Dkt. 11.

      No later than August 14, 2020, Plaintiff shall file a letter updating the Court on the status of service on Defendant Praxis Dubai.

SO ORDERED.

Dated:   July 31, 2020
         New York, New York

_____
Ronnie Abrams
United States District Judge