

| Wanchoo Law Offices, LLP | 14 Penn Plaza<br>225 West 34th Street, 9th Floor<br>New York, NY 10122<br>Telephone: (646) 593-8866<br>Facsimile:  (646) 355-0244 | 24, Old Chimney Road<br>Upper Saddle River<br>New Jersey - 07458<br>Telephone:(201)783-8560<br>Facsimile: (646) 355-0244 |
|---|---|---|
| A T T O R N E Y S   A T   L A W | rwanchoo@wanchoolaw.com | www.wanchoolaw.com |

April 5, 2021

**VIA ECF**
Honorable Ronnie Abrams
United States District Court
40 Foley Square, Room 2203
New York, NY 10007

       **RE:**   **Liberty Highrise Pvt. Ltd. v. Praxis Energy Agents DMCC and Praxis Energy Agents Pte. Ltd., 20-cv-02427-RA**

Dear Judge Abrams,

    We represent the Plaintiff, Liberty Highrise Pvt. Ltd., in the above-referenced matter.

    We write to respectfully request an adjournment of the status conference scheduled for Friday, April 30, 2021 at 2:00 PM. The reason for the request is that I am presently in India visiting family and will be returning on April 30, the same day that the Court has scheduled the conference.

    I have discussed this matter with Defendant's counsel, who consents to the request. Defendant's counsel has advised that his calendar is open the week of May 10 to hold the conference. Except for Monday, May 10, I am also available that week if it is convenient for the Court to schedule the conference. This is Plaintiff's first request for an adjournment.

    We very much appreciate the Court's consideration of this request.

                                                    Respectfully submitted,

                                                  WANCHOO LAW OFFICES, LLP

                                                  *Rahul Wanchoo*
                                                  Rahul Wanchoo

cc:   **Via ECF**
       J. Stephen Simms, Esq.

> Application granted. The status conference is hereby adjourned until May 14, 2021 at 10:00 a.m.  By no later than May 7, 2021, the parties shall submit the proposed case management plan and scheduling order.
>
> SO ORDERED.
>
> _____
> Hon. Ronnie Abrams
> April 5, 2021