UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/19/2021

LIBERTY HIGHRISE PVT. LTD.,

                Plaintiff,

v.

PRAXIS ENERGY AGENTS DMCC and
PRAXIS ENERGY AGENTS PTE LTD.,

                Defendants.

No. 20-CV-2427 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    A post-discovery conference in this case is scheduled for October 22, 2021 at 11:30 a.m. Pursuant to the Court's Order, Dkt. 31, the parties were required to file a joint letter no later than October 15, 2021 updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action. To date, the Court has not received such a letter. The parties shall file that letter on the docket by close of business Wednesday, October 20, 2021.

SO ORDERED.

Dated:    October 19, 2021
             New York, New York

_____
Ronnie Abrams
United States District Judge