UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIBERTY HIGHRISE PVT. LTD.,

                    Plaintiff,

        v.

PRAXIS ENERGY AGENTS DMCC, PRAXIS
ENERGY AGENTS PTE LTD., and PRAXIS
ENERGY AGENTS, LLC,

                    Defendants.

No. 20-cv-2427

ORDER

RONNIE ABRAMS, United States District Judge:

On September 30, 2022, the Court granted Defendants' motion to dismiss Plaintiff's claims against Theodosios Kyriazis, but denied the motion with respect to Praxis Energy Agents, LLC. It granted Plaintiff thirty days to amend the pleadings to the extent it had a good faith basis to do so. Plaintiff's time to amend the pleadings has expired.

By no later than November 10, 2022, the parties shall submit a joint letter proposing next steps in this action, including any proposed briefing schedule, whether they are requesting a conference with the Court, and what efforts the parties have made to settle the action.

SO ORDERED.

Dated:        October 31, 2022
              New York, New York

                                        _____
                                        Ronnie Abrams
                                        United States District Judge